**IN RE WILL OF BARNES**

[358 N.C. 143 (2004)]

IN THE MATTER OF THE PURPORTED LAST WILL AND TESTAMENT OF FRANCIS M. BARNES, DATED NOVEMBER 22, 1989 AND IN THE MATTER OF THE PURPORTED LAST WILL AND TESTAMENT OF FRANCIS M. BARNES, DATED MAY 25, 1967

No. 262A03

(Filed 5 March 2004)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 157 N.C. App. 144, 579 S.E.2d 585 (2003), finding no error in part and vacating in part a judgment signed 9 March 2001 by Judge John B. Lewis, Jr., in Superior Court, Edgecombe County (File No. 01-SP-15). On 16 March 2001, Judge Lewis signed an order entered in Superior Court, Edgecombe County, transferring the case back to Superior Court, Martin County (File No. 98-SP-58). Heard in the Supreme Court 16 February 2004.

*Bass, Bryant & Fanney, by John Walter Bryant and Eva C. Currin; and Batts, Batts & Bell, LLP, by Jeffrey A. Batts, Joseph L. Bell, Jr., and Wendy P. Wilson, for propounder-appellee; Poyner & Spruill, LLP, by Gregory S. Camp, for propounder-appellee Church of the Advent.*

*Gaylord, McNally, Strickland, Snyder & Holscher, L.L.P., by Danny D. McNally and Emma S. Holscher, for intestate-appellant Riley S. Corddry; Emanuel & Dunn, by Stephen A. Dunn; and Dunn and Dunn, by Raymond E. Dunn, Jr., for intestate-appellant Lucy Tull; and Browning & Hill, L.L.P., by Myron T. Hill, Jr., for intestate-appellant Diane Barnes Graue.*

*Roy Cooper, Attorney General, by Charles J. Murray, Special Deputy Attorney General, for other-appellant East Carolina University Athletic Fund.*

*The Blount Law Firm, P.A., by Marvin Blount, Jr., Ted Mackall, Jr., and Rebecca Cameron Blount, for caveator-appellants.*

PER CURIAM.

For the reasons stated in the dissenting opinion, we reverse the decision of the Court of Appeals.

REVERSED.